**Order filed January 5, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00553-CV**
_____

**IN RE HOUSTON AN USA, LLC D/B/A AUTONATION USA HOUSTON, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-27755**

## ORDER

On August 6, 2020, relator Houston AN USA, LLC d/b/a Autonation USA Houston, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Steven Kirkland, Judge of the 334th District Court, in Harris County, Texas, to set aside his July 27, 2020 order, granting real party in interest's motion to compel.

Because Judge Kirkland ceased to hold the office of Judge of the 334th District Court, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Dawn Deshea Rogers, to consider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for

what a former one did.").

Therefore, we abate this proceeding, treat it as a closed case, and remove it from the court's active docket. This original proceeding is abated until **February 4, 2021**, to permit Judge Rogers to consider the order underlying relator's request for relief. On or before that date, Judge Rogers shall advise the court of the action taken on relator's request by filing a signed order reflecting her ruling concerning relator's request for relief with this court. The court will then consider a motion to reinstate or dismiss the original proceeding, as appropriate.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.